___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 16-00360 JLS (JCG)					Date:  April 19, 2016
Title: Nahid Kabir v. Flagstar Bank, FSB, et al.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**Proceedings: (In Chambers)**   **ORDER CONTINUING SCHEDULING CONFERENCE**

**ORDER TO SHOW CAUSE REGARDING DISMISSAL**

**ORDER STRIKING MOTION TO REMAND FOR FAILURE TO COMPLY WITH LOCAL RULE**

The Court has received and reviewed Flagstar Bank's Rule 26(f) Report.  (Doc. 14.) Therein, Flagstar Bank represents that Plaintiff, who is represented by counsel, has not participated in the preparation of the Report.  (*Id.* at 1.)  In light of Plaintiff's failure to participate in the process required by Federal Rules of Civil Procedure 16(b) and 26(f), the Court CONTINUES the scheduling conference from April 22, 2016 to May 20, 2016 at 1:30 p.m. Additionally, the Court ORDERS that Plaintiff show cause why the Court should not dismiss this action.

No later than May 6, 2016, the parties shall file a Joint Rule 26(f) Report, a completed Joint ADR-01 form, and Plaintiff shall file a separate written response explaining why he failed to participate in the preparation of a Joint Rule 26(f) Report.

The Court has received and reviewed Plaintiff's Motion to Remand.  (Doc. 13.)  Therein, Plaintiff's counsel does not include a statement that the parties met and conferred prior to the filing of the Motion to Remand.  *See* Local Rule 7-3.  Defense counsel represents that no such conference of counsel occurred.  (Doc. 14 at 2.)  Accordingly, the Court STRIKES Plaintiff's Motion to Remand.

**IT IS SO ORDERED.**

___

CIVIL MINUTES – GENERAL					1