UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:16-cv-360-JLS-JCGx                                    Date: November 14, 2016
Title:  Nahid Kabir v. Flagstar Bank, FSB, et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                               Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On August 16, 2016, the Court vacated two motions to dismiss in this action and ordered the parties to mediation.  (Mediation Order, Doc. 31.)  In that order, the Court directed the parties to file a joint status report no later than ten days after the mediation.  (*Id.*)  A mediation report was filed on September 21, 2016, (Mediation Report, Doc. 42), but no joint status report has since been filed.

The Court therefore ORDERS:

> 1) Plaintiff to show cause in writing no later than **November 23, 2016** why this action should not be dismissed for failure to prosecute.  If the parties file a joint status report as directed in the Court's Mediation Order by **November 23, 2016**, then that will serve as an adequate response to this Order.  Failure to respond by the above date will result in the Court dismissing this action.

Initials of Preparer:  tg